1209-14

# ELECTRONIC RECORD

COA # 06-13-00051-CR    OFFENSE: 22.02

STYLE: Michael Perry v. The State of Texas    COUNTY: Gregg

COA DISPOSITION: Modified, as Modified Affirmed    TRIAL COURT: 188th District Court

DATE: 08/15/14    Publish: No    TC CASE #: 42,139-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Perry v. The State of Texas    CCA #: 1209-14

_____ PRO SE _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ REFUSED _____    JUDGE: _____

DATE: 01/14/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD